# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Alfonso Bustamante** DOB: 1989; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00484 MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 28, 2020, in the District of Arizona, **Luis Alfonso Bustamante**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Luis Velasquez-Benitez, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**COUNT 2 (Felony)** On or about July 28, 2020, in the District of Arizona, **Luis Alfonso Bustamante**, knowing and in reckless disregard of the fact that certain illegal aliens, including Luis Velasquez-Benitez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about July 28, 2020, in the District of Arizona (Amado), United States Border Patrol Agents (BPA) encountered a 2008 International Prostar semi-truck and trailer at the I-19 immigration checkpoint. The semi-truck and trailer were sent to the secondary inspection due to a K-9 alert. At the secondary the K-9 alerted to the back of the trailer. The agents opened the trailer's door and found 15 suspected illegal aliens sitting on the floor, including two unaccompanied juveniles. All 15 subjects admitted they were in the U.S. illegally and said that they were scared and cold. The temperature inside the trailer was set to 49 degrees Fahrenheit. One adult male was identified as Luis Velasquez-Benitez. The driver and registered owner of the semi-truck was identified as **Luis Alfonso Bustamante**.

Material witness Luis Velasquez-Benitez said he crossed the border in Nogales two days ago. Velasquez said he walked to a gas station where a male driver told him to get in the back of his semi-truck. Velasquez said the driver charged him $2,000 Mexican pesos to get him across the I-19 checkpoint and take him to Phoenix. Velasquez said the driver was arrested with him.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Luis Velasquez-Benitez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri<br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA  Digitally signed by RICARDO ISLAVA<br>Date: 2020.07.29 12:31:08 -07'00'<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 29, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54