**NELSON-MELBY LAW**
P. O. Box 2588
141 S. 6th Ave.
Tucson, Arizona 85702
Telephone: 520-288-4688
E-mail: nelsonmelbylaw@gmail.com
*GUENEVERE NELSON-MELBY, AZBAR #024745*
**Guenevere Nelson-Melby,** Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | Case No: 20-mj-00484-EJM |
| Plaintiff, | |
| v. | **MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW INTERSTATE TRAVEL FOR WORK** |
| Luis Alfonso Bustamonte, | |
| Defendant. | |

Luis Alfonso Bustamonte, through Counsel, respectfully requests permission to allow hi to travel out of the state of Arizona for work. The reason for the travel would be because he is a self-employed professional truck driver, who needs to drive loads across state lines in order to maintain his employment.

///

//

/

Christopher Currant, Assistant United States Attorney, **does** object to this modification. Pretrial Services officer Cristina Verdugo has no objection Mr. Bustamonte leaving the state as a truck driver as long as he communicates when and where he is traveling and provides bills of lading upon request.

Respectfully Submitted this 7th day of August, 2020

NELSON-MELBY LAW

*/s/ Guenevere Nelson-Melby*

Guenevere Nelson-Melby
Attorney for Defendant