# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 20-00484MJ-001-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| Luis Alfonso Bustamante, | |
| Defendant. | |

The Court having reviewed and considered the Motion to Modify Conditions of Release to Allow Interstate Travel for Work [Doc. 11], filed by the defendant,

**IT IS ORDERED** the Motion is GRANTED.

**IT IS FURTHER ORDERED** that defendant's conditions of release are modified to allow him to travel outside the State of Arizona for work purposes, and for each trip, the defendant shall contact his Pretrial Services Officer prior to leaving the State of Arizona and immediately upon his return, and shall provide bills of lading to his Pretrial Services Officer upon request.

**IT IS FURTHER ORDERED** that all other terms and conditions of defendant's release shall remain in full force and effect.

Dated this 10th day of August, 2020.

Eric J. Markovich
United States Magistrate Judge