MICHAEL BAILEY
United States Attorney
District of Arizona
CHRISTOPHER J. CURRAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 20-mj-00484-N/A-EJM |
| Plaintiff, | |
| v. | FIRST AMENDED NOTICE OF VIDEO DEPOSITION |
| Luis Alfonso Bustamante, | |
| Defendant. | |

PLEASE TAKE NOTICE that the video deposition of Luis Velasquez-Benitez, is currently scheduled for Thursday, August 27, 2020, starting at 8:30 a.m., in Suite 4700, **Grand Jury Room, 4th Floor of the United States District Courthouse**, 405 West Congress Street, Tucson, Arizona 85701.

DATED this 24th day of August, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

s/ *Christopher J. Curran*
CHRISTOPHER J. CURRAN
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 4th day of August, 2020, to:

All ECF Participants
BP Prosecution – Logan Tyner
U.S. Marshal's Service
Ref. Mag. Judge – EJM