# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 20-00484MJ-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| Luis Alfonso Bustamante, | |
| Defendant. | |

UPON [Doc. #14] Motion for Court Order to Transport Material Witness, there being no objection,

**IT IS ORDERED** that the motion is GRANTED, and the United States Marshal is directed to transport the material witness, Luis Velasquez-Benitez, to the Grand Jury Room, 4th Floor of the United States District Courthouse in Tucson, Arizona, to testify at a videotaped deposition on **Thursday, August 27, 2020, at 8:30 a.m.**

Dated this 24th day of August, 2020.

_____
Eric J. Markovich
United States Magistrate Judge

cc: United States Marshal Service